IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES CUDO,<br><br>　　　　　　Defendant. | No. 1:24-CR-7-JMC<br><br>**DEFENDANT'S *UNRESISTED* MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE** |

　　　　COMES NOW, Defendant Martin James Cudo, through counsel, to move to amend the Order Setting Conditions of Release (Doc. 12).  In support, counsel states:

　　　　1.　　On January 4, 2024, the Court issued the Order Setting Conditions of Release for Mr. Cudo.

　　　　2.　　Condition 7(f) requires Mr. Cudo to "[s]tay away from and have no contact with B.T."

　　　　3.　　Condition 7(q)(iv) requires Mr. Cudo to submit to GPS location monitoring.  Relatedly, Condition 7(p)(iv) requires Mr. Cudo to participate in "Stand Alone Monitoring" as a location restriction program, which is "to be used in conjunction with global positioning system (GPS) technology."

　　　　4.　　Mr. Cudo now asks the Court to remove the condition(s) requiring him to wear a GPS monitor.  To be clear, he is not asking the Court to remove the condition prohibiting contact with B.T.

　　　　5.　　Mr. Cudo's supervising probation officer in the District of Minnesota (Officer Brian James) reports that Mr. Cudo has followed all of the conditions of his

release with no violations. Specifically, there has been no evidence that Mr. Cudo has violated or attempted to violate Condition 7(f).

6. In light of Mr. Cudo's compliance for nearly three months, as well as his lack of prior criminal history, it is now evident that any condition requiring him to submit to location monitoring imposes a greater restriction than is necessary to ensure the safety of the community or any person and Mr. Cudo's appearance in court. *See generally* 18 U.S.C. § 3142(c)(1)(B).

7. The government, through Assistant U.S. Attorney Eli Ross, does not oppose the request to remove Mr. Cudo's GPS monitor.

WHEREFORE, Mr. Cudo respectfully asks the Court to amend the Order Setting Conditions of Release to remove the condition(s) requiring GPS location monitoring, including Condition 7(q)(iv) and likely also Condition 7(p)(iv).

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

*/s/ Timothy Herschberger*
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
PHONE: (712) 252-4158
FAX: (712) 252-4194
E-MAIL: timothy_herschberger@fd.org
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

     I hereby certify that on April 2, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*