UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:24-CR-0007 (JMC)** |
| v. : | |
| : | |
| **MARTIN JAMES CUDO,** : | |
| : | |
| Defendant. : | |

### JOINT PRETRIAL STATEMENT

The parties hereby submit their Joint Pretrial Statement in accordance with this Court's January 23, 2024 Pretrial Order. (ECF 20.) Defense's edits and objections are marked in red trace changes and margin comments, and the government's objections to those edits are marked in blue margin comments.

a. *Written statements concerning plea offer and communication of potential sentencing exposure.*

The government and the defense discussed a plea offer following the status conference held on January 23, 2024. (Minute Entry, January 23, 2024). During these discussions, the government represented that a formal plea offer would likely include the charge in Count One of the Indictment, in violation of 18 U.S.C. § 1512(c)(2). The defense resisted the government's proposition given the Supreme Court's review of 18 U.S.C. § 1512(c)(2) in Fischer v. United States, No. 23-5572 (U.S. argued Apr. 16, 2024). The defense advised they would only entertain a prospective plea offer involving Counts Two, Three, Four, or Five of the Indictment. Thereafter, based on the position of the parties and the ongoing litigation involving Fischer, the government did not extend a formal plea offer.

Defense counsel has provided the defendant with information regarding potential sentencing exposure (including statutory maximums and estimated guideline ranges under different scenarios)—most recently on May 21, 2024.

  b. ***Proposed neutral statement of the case to read to prospective jurors.***

In this case, the defendant, Martin Cudo is charged with violating five separate federal criminal laws based on his actions at the United States Capitol on January 6, 2021, when the United States Congress was scheduled to meet inside the Capitol building in a joint legislative session to certify the results of the 2020 presidential election. In summary, the Indictment charges Martin Cudo with corruptly obstructing, influencing, and impeding an official proceeding, namely proceeding before Congress to certify the Electoral College vote on January 6, 2021; entering and remaining in a restricted building or grounds; disorderly and disruptive conduct in a restricted building or grounds; disorderly or disruptive conduct in a Capitol building or grounds; and parading, demonstrating, or picketing in a Capitol Building. The defendant has pled not guilty to the offenses charged against him, and he is presumed absolutely not guilty of the offenses, unless and until the prosecution proves his guilt on those offenses beyond a reasonable doubt.

> **Commented [RE(1)]:** The government objects to the inclusion of this clause as the Court will provide it to the jury during instructions.

  c. ***Proposed Voir Dire.***

See Attached.

  d. ***Proposed Jury Instructions.***

See Attached.

  e. ***Expert Witness.***

The parties do not intend to call expert witnesses in this case.

  f. ***A list of prior convictions.***

The government does not intend to use the defendant's prior convictions in this case.

g. *Exhibit Lists.*

See attached.

h. *Stipulations.*

The parties have not yet executed stipulations. However, the parties will continue discussions to reach stipulations in this case.

i. *Proposed Verdict Form.*

See attached.

j. *Proposed Schedule re: Witness List and Jencks Act*

The parties request a July 10, 2024, deadline to exchange witness lists and provide a copy to the Court. The government proposes a July 11, 2024, deadline to provide Jencks Act material to the Defense.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

/s/ Carolyn Jackson
Carolyn Jackson
Assistant United States Attorney
D.C. Bar No. 1644971

U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7078
Email: Carolyn.Jackson@usdoj.gov

Cc:   Brad Hansen (counsel for the Defendant)
      Timothy Herschberger (counsel for the Defendant)