IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES CUDO,<br><br>　　　　Defendant. | No. 1:24-CR-7-JMC<br><br>**DEFENDANT'S *UNRESISTED* MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE** |

COMES NOW, Defendant Martin James Cudo, through counsel, to move to amend the Order Setting Conditions of Release (Doc. 12). In support, counsel states:

1. On January 4, 2024, the Court issued the Order Setting Conditions of Release for Mr. Cudo. The Court recently continued Mr. Cudo's trial to October 21, 2024.

2. On April 3, 2024, the Court granted Mr. Cudo's unopposed motion to amend his conditions to relieve him of conditions requiring stand-alone and GPS monitoring. (*See* Doc. 21.)

3. Condition 7(f) of the Order Setting Conditions of Release currently requires Mr. Cudo to "[s]tay away from and have no contact with B.T. Defendant must notify the District of Minnesota/St. Paul in advance of any travel outside of the district. Defendant must receive Court approval before travel outside of the Continental United States." (Doc. 12, p. 2.)

4. Mr. Cudo lives in Lakeville, Minnesota, which is within 30 minutes of the Wisconsin border. He travels regularly to Wisconsin to visit friends.

1

Additionally, the undersigned counsel are located in the Northern and Southern Districts of Iowa.

5. In light of the regularity of his travel to Wisconsin and Iowa, Mr. Cudo requests to be relieved of the obligation to report whenever he travels to Wisconsin or when he visits with his attorneys in the Northern or Southern Districts of Iowa.

6. Mr. Cudo asks that the Court amend condition 7(f) as follows (with the amended language in **bold**): "Stay away from and have no contact with B.T. Defendant must notify the District of Minnesota/St. Paul in advance of any travel outside of the District of Minnesota**, Western District of Wisconsin, Northern District of Iowa, or Southern District of Iowa**. Defendant must receive Court approval before travel outside of the Continental United States."

7. Mr. Cudo's supervising probation officer in the District of Minnesota (Officer Brian James) has no objection to this request. Officer James added: "I am unaware of any risks posed by making this change. Mr. Cudo has communicated well with me, and is currently in good standing regarding all conditions."

8. In light of Mr. Cudo's compliance for over six months, as well as his lack of prior criminal history, the condition requiring him to notify the Probation Office of any travel to Wisconsin or Iowa imposes a greater restriction than is necessary to ensure the safety of the community or any person and Mr. Cudo's appearance in court. *See generally* 18 U.S.C. § 3142(c)(1)(B).

9. The government, through Assistant U.S. Attorney Eli Ross, does not oppose this request.

WHEREFORE, Mr. Cudo respectfully asks the Court to amend the Order Setting Conditions of Release to modify condition 7(f), relieving him of the obligation to notify the Probation Office when he travels to the Western District of Wisconsin or the Northern or Southern Districts of Iowa.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org

*/s/ Timothy Herschberger*
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
PHONE: (712) 252-4158
FAX: (712) 252-4194
E-MAIL: timothy_herschberger@fd.org

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*