# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 24-CR-00007 (JMC) |
| | : | |
| MARTIN JAMES CUDO, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF INTENT TO SEEK SUPERSEDING INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides notice that the government intends to seek a superseding indictment to modify the language of Count One based on the Supreme Court's decision in *United States v. Fischer*, 144 S. Ct. 2176, 2181 (2024). Defense counsel has been informed of this decision. The government expects that a superseding indictment will be returned on or before October 2, 2024.

Respectfully Submitted,

DATED: September 19, 2024

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Carolyn Jackson*
Carolyn Jackson
Assistant United States Attorney
D.C. Bar No. 1644971
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7078
Email: Carolyn.Jackson@usdoj.gov

ELI ROSS  
Assistant United States Attorney  
Bar No. IL 6321411  
U.S. Attorney's Office for the District of  
Columbia 601 D Street, N.W.  
Washington, D.C. 20530  
Phone: (202) 297-1515  
Email: Eli.Ross@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ Carolyn Jackson
Carolyn Jackson
Assistant United States Attorney
D.C. Bar No. 1644971
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7078
Email: Carolyn.Jackson@usdoj.gov